**Order filed April 23, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00243-CV

_____

### DIANA GORDON OFFORD, WINTER GORDON, JR. AND JOYCE STEIN, Appellants

### V.

### PURPLE MARTIN LAND COMPANY, LLC, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 320790268**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 268th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On March 27, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Spain.